# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

TODD BOOTH,

    Plaintiff,

v.                                CASE NO. 4:09cv465-RH/WCS

ERICSSON, INC.,

    Defendant.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation (document 19) and the objections (document 25). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Southern District of Florida. The clerk must take all steps necessary to effect the transfer. The clerk must advise the clerk of the Southern District that (1) the defendant contends that this case is related to the closed Southern District Case No. 04-80378, and (2) the defendant contends that the filing of this case violated an

injunction entered by Judge Kenneth Ryskamp in that case.

    SO ORDERED on January 28, 2010.

                                                      s/Robert L. Hinkle
                                                      United States District Judge